IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEFANIE WESEMAN,

       Plaintiff,                      Civil No. 06-1338 ST

       v.                            ORDER OF DISMISSAL

WELLS FARGO HOME MORTGAGE, INC.
a California corporation; EXPERIAN
INFORMATION SOLUTIONS, INC., an Ohio
corporation; TRANSUNION, LLC, a foreign
limited liability corporation; and EQUIFAX,
INC., Georgia corporation;

       Defendants,

       Based on the record and the stipulation of the parties, it is ordered that defendant TRANS UNION is dismissed, with prejudice, with each party to bear their own costs and attorney's fees.

       IT IS SO ORDERED.

       Dated this 21st day of October, 2008.

                                          /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        UNITED STATES DISTRICT JUDGE