FILED'09 JAN 30 14:28USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEFANIE WESEMAN,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, INC. a California corporation; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; TRANSUNION, LLC, a foreign limited liability corporation; and EQUIFAX, INC., Georgia corporation;

    Defendants,

Civil No. 06-1338 ST

ORDER OF DISMISSAL

    Based on the record and the stipulation of the parties, it is ordered that defendant EXPERIAN INFORMATION SOLUTIONS, INC. is dismissed, with prejudice, without costs to any party.

    IT IS SO ORDERED.

    Dated this 30 day of January, 2009.

                                       MICHAEL W. MOSMAN
                                       UNITED STATES DISTRICT JUDGE

Page 1 - ORDER OF DISMISSAL